# Court of Appeals
# of the State of Georgia

ATLANTA, __December 08, 2015__

*The Court of Appeals hereby passes the following order:*

## A16A0371. KATERINA WILLIAMS v. EUGENE WILLIAMS.

The trial court found Katerina Williams in contempt for failing to pay temporary alimony and attorney fees in a pending divorce matter. Williams filed this direct appeal. We, however, lack jurisdiction. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Accordingly, we hereby TRANSFER this case to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/08/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*